## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Asli Baz

               Plaintiff,

v.
                                       Case No.: 1:23–cv–05017
                                       Honorable Jorge L. Alonso

Anthony Patterson

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 19, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephone conference held. Motion for extension of time [59] is granted. The respondent may file his exhibit witness list and exchange propose exhibits by 10/30/2023. Motion for extension of time [57] is terminated as moot. Application to proceed in forma pauperis [54] is terminated. Motion for attorney representation [53] is taken under advisement. Mr. Patterson shall supplement the motion for attorney representation by close of business 10/20/2023. Telephone status hearing is set for 10/26/2023 at 11:00 a.m. The call–in number is 888–808–6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.