**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Asli Baz
                            Plaintiff,

v.                                                   Case No.: 1:23−cv−05017
                                                          Honorable Jorge L. Alonso

Anthony Patterson
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 26, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso:Telephonic status hearing held. For the reasons stated on the record, and over objection Respondent's Motion for attorney representation [63] is granted in part. Attorney Kevin Benish appears and is appointed for the limited purpose of settlement and may file an appearance. The previously set deadlines remain in place. The parties are directed to file a joint status report by 10/30/23. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.