UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Asli Baz

        Plaintiff,

v.                  Case No.: 1:23–cv–05017
                 Honorable Jorge L. Alonso

Anthony Patterson

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 1, 2023:

   MINUTE entry before the Honorable Jorge L. Alonso: Final pretrial conference held and continued to 11/14/23 at 11:00 a.m. This hearing will be held in person. In accordance with Local Rule 16.1(6) and the Court's case procedures, the parties are to confer, with Petitioner to submit a joint final pretrial order and trial binders (including motions in limine) for both parties by 11/8/23. The parties' deadline to file responses to motions in limine and to update the Court regarding the status of settlement discussions is 11/13/23. Respondent's motion for attorney representation [53] is denied as moot in light of Respondent's superseding motion [63] and the Court's ruling [68]. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.