UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(Chicago Division)

| | |
|---|---|
| ASLI BAZ | * |
|     Petitioner, | * |
| v. | *    Civil No.: 1:23-cv-05017 |
| ANTHONY PATTERSON | * |
|     Respondent. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PETITIONER'S STATUS REPORT REGARDING STATUS OF SETTLEMENT**

Petitioner, Asli Baz, by and through her undersigned counsel, files this Status Report Regarding Status of Settlement, and states as follows:

A. Settlement Counsel advises that he has spoken at length with the Respondent.

B. At this stage, Settlement Counsel advises that the Respondent does not have any further settlement offer to make.

C. The Petitioner's counsel will promptly update the Court on the outcome of all further settlement discussions.

Respectfully Submitted,

/s/ Stephen J. Cullen
Stephen J. Cullen
Kelly A. Powers
Miles & Stockbridge P.C.
1201 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
(202) 465-8374
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

*Attorneys for Petitioner*

1

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 10th day of November, 2023, a copy of the foregoing Status Report was electronically filed, and that it is available for viewing and downloading from the ECF system to all counsel of record, and that it has been emailed and mailed, first-class, postage prepaid, to the pro se Respondent.

                                            /s/ Stephen J. Cullen
                                            Stephen J. Cullen